## IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| ALISHA WILLIAMS AND CHARLOTTE ARMSTEAD, INDIVIDUALLY AND AS NEXT FRIEND OF JASON LOMAS, MINOR,<br>    Plaintiffs | §<br>§<br>§<br>§<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. ___6:19-cv-28___ |
| ARNOLD CARRERA AND KG VAN LINES, INC.,<br>    Defendants | §<br>§<br>§<br>§ | |

### NOTICE OF REMOVAL OF ACTION
### UNDER 28 U.S.C. §§ 1332(a) and 1441(b) (DIVERSITY)

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant KG Van Lines, Inc. hereby petitions this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 for removal on the basis of diversity jurisdiction to the United States District Court for the Western District of Texas, Waco Division, of the action styled *Alisha Williams and Charlotte Armstead, Individually and as Next Friend of Jason Lomas, Minor, v. Arnold Carrera and KG Van Lines, Inc.*, Cause No. 300,569-C, currently pending in the 169th Judicial District Court of Bell County, Texas, and in support thereof would respectfully show this Court as follows:

### I.
### FACTS

1.      Plaintiffs filed suit in the State Court Case on May 24, 2018, as the result of a motor vehicle accident in Killeen, Bell County, Texas, on or about September 18, 2017.

2.      Defendant KG Van Lines was served with Citation and the Original Petition on December 31, 2018.  KG Van Lines timely filed its Original Answer on December 31, 2018.

3.      Defendant Arnold Carrera filed his Original Answer on January 23, 2018.

4.      A true and correct copy of all pleadings, process, orders and correspondence served in the State Court Case is attached hereto as **Exhibit A** and incorporated herein by reference.

5.      Plaintiffs allege that they sustained personal injuries "as a result of a collision … proximately caused by the negligence of Defendants, herein." Petition at ¶ V.

6.      Plaintiffs also allege that "at all times material hereto, all agents, servants, and/or employees of Defendant, KG Van Lines, Inc., were acting within the course and scope of employment and/or official duties," and that KG Van Lines, Inc. "is responsible for all damages resulting from the negligent acts and/or omissions of its agents, servants, and/or employees pursuant to the Doctrine of Respondeat Superior."   Petition at ¶ VI.

7.      Plaintiffs seek damages of monetary relief in excess of one million dollars ($100,000,000.)  Petition at ¶ III.

8.      Complete diversity exists between the Plaintiffs and Defendants now, as well as on the date of filing of the State Court Case.

9.      Plaintiffs are citizens and residents of the State of Texas.  Petition at ¶ II.

10.     Defendant KG Van Lines is a company incorporated in the State of New York and its principal place of business in Albany, New York.  KG Van Lines is a citizen of New York – not of Texas.

11.     Defendant Carrera is a citizen and resident of the State of Ohio.

12.     Defendant KG Van Lines has confirmed that Defendant Carrera consents to this removal pursuant to 28 U.S.C. §1446(b)(2)(A).

13.     This is a civil action which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §§ 1332(a) and 1441(b) in that it is between citizens of different states; it is a civil action wherein the matter in controversy exceeds the sum of $75,000, exclusive of interests and costs; Defendants are not citizens of the State of Texas; and all Defendants consent to this removal.

## II.
## PROCEDURAL REQUIREMENTS

13.     Pursuant to 28 U.S.C. § 1446(d), written notice of filing of this Notice will be given to all adverse parties promptly after the filing of this Notice.

14.     Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice will be filed with the clerk of the 169th Judicial District Court of Bell County, Texas promptly after the filing of this Notice.

15.     Attached hereto and incorporated herein, are the following items:

Exhibit A:     A true and correct copy of all pleadings, process, and orders served in this action.

Exhibit B:     State Court docket sheet.

Exhibit C:     List of all counsel of record.

Exhibit D:     Index of all documents filed with the Court.

WHEREFORE, PREMISES CONSIDERED, Defendant KG Van Lines, Inc. requests that this action be removed from the 169th Judicial District Court of Bell County, Texas to the United States District Court for the Western District of Texas, Waco Division, and that this Court enter such further orders as may be necessary and appropriate.

Respectfully submitted,

**HANNA & PLAUT, L.L.P.**
211 East Seventh Street, Suite 600
Austin, Texas 78701
Telephone:  (512) 472-7700
Facsimile:   (512) 472-0205

By:_____ */s/ David L. Plaut*_____
    David L. Plaut
    State Bar No. 16066030
    Email:  dplaut@hannaplaut.com
    Robert F. Josey
    State Bar No. 00796853
    Email:  rjosey@hannaplaut.com

**ATTORNEYS FOR DEFENDANT**

**<u>CERTIFICATE OF SERVICE</u>**

       I hereby certify that on the 29th day of January, 2019, a true and correct copy of the foregoing document was served electronically via E-File Texas on Plaintiffs' counsel:

***Via E-Service: mhanna@carlsonattorneys.com***
***& awood@carlsonattorneys.com***
Marc-Anthony P. Hanna
THE CARLSON LAW FIRM, P.C.
100 East Central Texas Expressway
Killeen, Texas 76541
Telephone:     (254) 526-5688
Facsimile:      (254) 526-8204
*Attorneys for Plaintiffs*

***Via E-Service:  tparker@parkerfirm.com***
***&  jrpace@parkerfirmpc.com***
THE PARKER FIRM
6115 New Copeland Road, Suite 320
Tyler, Texas 75703
Telephone:     (903) 595-4541
Facsimile:      (903) 595-2864
*Attorneys for Defendant Carrera*

       _____*/s/ David L. Plaut*_____
       David L. Plaut